IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JERRY VENABLE, | ) | |
| Plaintiff, | ) | Civil Action No. 5:07CV00061 |
| v. | ) | **FINAL ORDER** |
| MICHAEL J. ASTRUE, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered denying both parties' motions for summary judgment, vacating the Commissioner's final decision, remanding the case to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g), for further consideration in accordance with the Report and Recommendation. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. Accordingly, it is **ORDERED** and **ADJUDGED** that the case is **REMANDED** to the Commissioner for further development of the record in accordance with the report and recommendation, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This August 21, 2008.

_____
UNITED STATES DISTRICT JUDGE